

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-59,972-04

**EX PARTE REYNALDO PALOMO, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W15-75896-K(B) IN THE CRIMINAL DISTRICT COURT NO.4
### FROM DALLAS COUNTY

*Per curiam.*

### O R D E R

Applicant was convicted of capital murder and sentenced to life without parole imprisonment. The Fifth Court of Appeals affirmed his conviction. *Palomo v. State,* No.05-16-01459-CR (Tex.App.—Dallas, Dec. 9, 2016). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The record before us reflects that, on May 26, 2020, the State filed a Response to Application for Writ of Habeas Corpus, observing that the Application was non-compliant unless the trial court granted

leave to exceed the prescribed page limit, and alternatively addressing the Application on the merits. On Oct. 5, 2020, Applicant filed a motion for extension of time in which to respond to the trial court's Findings of Fact and Conclusions of Law. However, the record before this Court contains no Findings and Conclusions, nor any other materials generated by the trial court.

The district clerk properly forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, it appears that the application was forwarded before the trial court made Findings of Fact and Conclusions of Law, or the record is otherwise incomplete. We remand this application to the trial court to complete its evidentiary investigation and make Findings of Fact and Conclusions of Law.

The trial court shall make Findings of Fact and Conclusions of Law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: October 21, 2020
Do not publish